■ TOWN OF DEERFIELD, Respondent, v C. P. CRASKA, INC, et al., Appellants. (Appeal No. 2.)—Judgment modified, in accordance with same memorandum, as in *Ruhm v C. P. Craska, Inc.* (59 AD2d 1016), and as modified, affirmed, without costs. All concur, Goldman, J. not participating. (Appeal from judgment of Oneida Supreme Court—injunction.) Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.